Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:  Wyatt Emmet Hamlett, Jr.                    Case No. 09-60666
       Christy Mattox Hamlett

                                                                 Chapter 7

              Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

     Comes now the undersigned trustee and reports as follows:

     1.     Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

     2.     The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

     3.     That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date: October 1, 2010                           William F. Schneider, Trustee


                                     By:    **/s/ William F. Schneider**
                                             William F. Schneider
                                             P.O. Box 739
                                             Lynchburg, VA  24505
                                             434.528.0411
                                             434.845.3666 (FAX)

Form 704-8B
Rev.  1/05

| Creditor Address | Amount |
| --- | --- |
| Seven Hills Urology, Inc.<br>2542 Langhorne Rd.<br>Lynchburg, VA  24501 | $1.34 |
| Danville Diagnostic Imaging<br>PO Box 2009<br>Danville, VA  24541 | $0.30 |
| Libbey Family Dentistry, Inc.<br>2616 Langhorne Rd.<br>Lynchburg, VA  24501 | $3.40 |
| FIA Card Services, NV/Bank of America<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | $1.77 |